IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JONAS TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 5:23-cv-06107 |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, I LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

COMES NOW Lindsay P. Windham of Halbrook Wood, P.C., and hereby enters her appearance as counsel of record for Defendant Wal-Mart Stores East, I LP in this matter.

Respectfully submitted,

/s/ *Lindsay P. Windham*
Lindsay P. Windham      (MO #66153)
Monica J. Smith         (MO #62257)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: msmith@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

1

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on this 25th day of August 2023, the foregoing was served via electronic mail to:

Brandon Williams (MO #71617)
DEVKOTA LAW FIRM, L.L.C.
4010 Washington Street, Suite #350
Kansas City, MO 64111
TEL: (816) 842-9100
FAX: (816) 888-8870
E-MAIL: bjwilliams@devkotalawfirm.com
ATTORNEY FOR PLAINTIFF

                                              /s/ *Lindsay P. Windham*
                                              ATTORNEY FOR DEFENDANT